# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 28, 2014

### NO.  03-13-00255-CR

**Eli Blue Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 147TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment of conviction entered by the district court.  Having reviewed the record, it appears that the appeal should be dismissed.  Therefore, the Court dismisses the appeal.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.